UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-2046(DSD/DTS)

Julie Dalton, individually
And on behalf of all others
similarly situated,                           **ORDER**

        Plaintiffs,

    v.

Torrid Holdings Inc.,

        Defendant.

Based upon the submitted notice of dismissal, **IT IS HEREBY ORDERED** that all claims between the parties are dismissed with prejudice and without costs or disbursements to any party.


Dated: September 26, 2024        David S. Doty
                                 _____
                                 David S. Doty, Judge
                                 United States District Court